UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANNY GEROME YOUNG,

    Plaintiff,

  v.

JOHN DOE,

    Defendant.

Case No. 17-cv-03708-WHO (PR)

**ORDER OF DISMISSAL**

This action was opened in error and is DISMISSED. No filing fee is due. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

**Dated:** August 4, 2017

_____
WILLIAM H. ORRICK
United States District Judge